# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING


FILED
10:45 am, 3/7/18
U.S. Magistrate Judge

| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number 5:18PO70-MLC |
| THOMAS L. BROWN | |
| Defendant | |

| Violation Charged | 1) Entering closed area 2) Interference with agency function | Citation Number | 7342726 7342729 |
|---|---|---|---|

Date Violation Notice Issued  March 6, 2018    Place   YNP - Stephen's Creek Admin area

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 10:20 - 37                              Interpreter  No
Date March 7, 2018                           Interpreter Telephone

Before the Honorable Mark L. Carman

| Karen Angermeier | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |

| F. Lee Pico | | Travis Mangum |
|---|---|---|
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared    ☐ By telephone
              ☐ Voluntarily    ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
              ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

☑ Court orders case continued to    Mar 12, 2018    at  10:30 am
     reason:    Detention Hearing

☐ Bail is set at
              ☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount

☐ Conditions of release

WY 59                                                                    Revised 12/06/2017

| COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES: |
|---|
| ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). |
| ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). |
| This consent was made ☐ orally ☐ in writing |

☑ Informed of charges and rights   Date March 7, 2018
☐ Defendant arraigned   Date
☐ Court accepts plea   Defendant enters ☐ Not Guilty Plea   ☐ Guilty
☐ Trial   Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfieted
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence   Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision   ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine   Payable
☐ Restitution   To
☐ Community Service   To
☐ Special Assessment
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☑ Other  US moves for detention, 3 day continuance to Monday 3/12/18, no bond report requested. Remanded to custody of US Marshal pending detention hearing. Defendant will seek private counsel.