# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
MAR 07 2018
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: 5:18PO70-MLC

THOMAS L. BROWN

Defendant,

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

| Location: Mammoth Courthouse | |
|---|---|
| Yellowstone Justice Center, 105 Albright Ave. | Date: March 12, 2018 |
| Mammoth YNP, WY 82190 | Time: 10:30 a.m. |

IT IS ORDERED: Pending the Detention hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    March 7, 2018

Mark L. Carman
United States Magistrate Judge